UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# CHAMBERS MINUTES

Case No.:     1:17-CV-335
Case Caption:  *Karen Saunders v. Dyck O'Neal, Inc.*
Date:   July 26, 2017 - 1:30 - 2:10 PM - VIA TELEPHONE
Place:  Grand Rapids
Judge: Hon. Gordon J. Quist


Appearance for Plaintiff:     Alex Burke; David Michael Marco

Appearances for Defendant:   Charity A. Olson


**PROCEEDINGS**

**NATURE OF HEARING:**

Telephone Rule 16 Scheduling Conference.  Order to issue.










Clerk:  J. Tepper