# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| KAREN SAUNDERS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:17-cv-00335 |
| | ) | |
| v. | ) | |
| | ) | |
| DYCK O'NEAL, INC., | ) | Hon. Judge Gordon J. Quist |
| | ) | Hon. Mag. Judge Ray Kent |
| Defendant. | ) | |

## PLAINTIFF'S MOTION TO COMPEL PRODUCTION

Pursuant to Fed. R. Civ. P. 26, 33, 34, 36, and 37, Plaintiff Karen Saunders respectfully moves that the Court enter an order: (1) compelling Defendant Dyck O'Neal, Inc. ("Dyck O'Neal") to produce full and complete responses to Plaintiff's Second Set of Discovery Requests to Defendant; (2) deeming DONI to have waived objections; (3) deeming Plaintiff's requests for admission admitted; and (4) granting such other and further relief deemed reasonable and just.

This Motion is based on the Brief in Support and all arguments and legal authorities and exhibits thereto.

Dated: October 30, 2018	Respectfully submitted,

KAREN SAUNDERS

By: *s/ Alexander H. Burke*

Alexander H. Burke
BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
Telephone: (312) 729-5288
Facsimile: (312) 729-5289
aburke@burkelawllc.com

Larry P. Smith
David Marco
SMITHMARCO, P.C.
55 W Monroe St., Suite 1200
Chicago, IL 60603
Telephone: (888) 822-1777
Facsimile: (888) 418-1277
lsmith@smithmarco.com
dmarco@smithmarco.com

*Counsel for Plaintiff*

## PROOF OF SERVICE

I hereby certify that, on October 30, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                                                *s/ Alexander H. Burke*