UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN SAUNDERS,

       Plaintiff,　　　　　　　　　　Case No. 1:17-cv-00335-GJQ-RSK

v.　　　　　　　　　　　　　　　Hon. Gordon J. Quist

DYCK-O'NEAL, INC.,

       Defendant.
_____/

## ORDER

Defendant's Unopposed Motion For Leave To File Third-Party Complaint (ECF No. 64) is GRANTED.

IT IS SO ORDERED.

Dated: November 14, 2018　　　　　　　　/s/ Gordon J. Quist
　　　　　　　　　　　　　　　　　　　　GORDON J. QUIST
　　　　　　　　　　　　　　　　　　　　United States District Judge