UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN SAUNDERS,

    Plaintiff,    Case No. 1:17−cv−00335−GJQ−RSK

v.    Hon. Gordon J. Quist

DYCK−O'NEAL, INC.,

    Defendant.
_____/

## ORDER

The Court GRANTS defendant's motion for extension of time (ECF No. 67). Defendant's response to paintiff's motion to compel (ECF No. 60) is due December 5, 2018. The parties' stipulation for extension (ECF No. 66) is DENIED as moot.

IT IS SO ORDERED.

Dated: November 15, 2018    /s/ Ray Kent
    RAY KENT
    U.S. Magistrate Judge