UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN SAUNDERS,

       Plaintiff,                    Case No. 1:17–cv–00335–GJQ–RSK

v.                                 Hon. Gordon J. Quist

DYCK–O'NEAL, INC., et al.,

       Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been **rescheduled** as set forth below:

| | |
|---|---|
| Motion(s): | Motion to Compel (ECF No. 60) |
| Date/Time: | December 12, 2018   10:00 AM<br>*(previously set for 12/10/2018 at 10:30 AM)* |
| Magistrate Judge: | Ray Kent |
| Place/Location: | 584 Federal Building, Grand Rapids, MI |

**If the parties have resolved any portion of the motion(s), they shall file a joint status report two business days before the hearing identifying what issues remain in dispute.**

                                              RAY KENT
                                              U.S. Magistrate Judge

Dated:  November 21, 2018       By:  /s/ Faith Hunter Webb_____
                                                     Judicial Assistant