UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| KAREN SAUNDERS, | § § | |
| Plaintiff, | § § | Civil Docket No. 1:17-CV-335-GJQ-RSK |
| v. | § § | |
| | § | Honorable Gordon J. Quist |
| DYCK O'NEAL, INC., | § § | |
| Defendant. | § | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendant Dyck O'Neal, Inc. ("DONI") voluntarily dismiss without prejudice its *Third-Party Complaint* against Third-Party Defendant VoApps, Inc. This notice of dismissal is being filed with the Court before service by VoApps of either an answer or a motion for summary judgment.

Dated: November 30, 2018

Respectfully submitted,

**MALONE AND MARTIN PLLC**

*/s/* Xerxes Martin
EUGENE XERXES MARTIN, IV
Texas State Bar No. 24078928
Email: xmartin@mamlaw.com
**MALONE AND MARTIN PLLC**
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
TEL: (214) 346-2630
FAX: (214) 346-2631

***COUNSEL FOR DEFENDANT DYCK O'NEAL, INC.***

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing has been forwarded **via CM/ECF**, to all parties of interest who have made an appearance in the case on this 30th of November, 2018:

                                                      */s/* Xerxes Martin
                                                      EUGENE XERXES MARTIN, IV