UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN SAUNDERS,

       Plaintiff,                      Case No. 1:17-cv-00335-GJQ-RSK

v.                                  Hon. Gordon J. Quist

DYCK-O'NEAL, INC.,

       Defendant.
_____/

## **ORDER**

The Court DENIES plaintiff's unopposed motion to file reply brief (ECF No. 75).

IT IS SO ORDERED.

Dated: December 11, 2018                    /s/ Ray Kent
                                                    RAY KENT
                                                    U.S. Magistrate Judge