UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| | |
|---|---|
| **Case No:** 1:17-cv-335-GJQ-RSK | |
| **Caption:** Saunders v. Dyck O'Neal, Inc. | |

| **Date:** December 12, 2018 | **Time:** 10:04 - 10:33 a.m.; 12:54 - 1:02 p.m. | **Place:** Grand Rapids | **Magistrate Judge:** Hon. Ray Kent |
|---|---|---|---|

### APPEARANCES

| PARTY TYPE: | COUNSEL: | REPRESENTING: |
|---|---|---|
| **PLAINTIFF:** | Alexander H. Burke | Karen Saunders |
| **DEFENDANT:** | Dale T. Golden<br>Eugene X. Martin, IV | Dyck-O-Neal, Inc. |

### PROCEEDINGS

**NATURE OF HEARING:**

**MOTION HEARING** held regarding Motion to Compel Discovery by plaintiff Karen Saunders (ECF No. 60); motion **GRANTED IN PART** with remainder held in abeyance. Parties to submit status report by 12/20/18 and proposed order regarding motion.

Order to Issue.

Portions of Proceedings Digitally Recorded

Deputy Clerk: S. Carpenter