## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| KAREN SAUNDERS, | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:17-cv-00335 |
| v. | ) | |
| | ) | |
| DYCK O'NEAL, INC., | ) | Hon. Judge Gordon J. Quist |
| Defendant. | ) | Hon. Mag. Judge Ray Kent |

### <u>STATUS REPORT</u>

Plaintiff reports that the parties have continued to meet and confer as to the data production and sampling issues discussed in court last week, but that their original estimate as to how long the process might take was overly optimistic, particularly given the time of year.

Plaintiff respectfully requests that the Court extend the date within which they shall agree upon a data production protocol to January 25, 2019.

Dated: December 20, 2018

Respectfully submitted,

KAREN SAUNDERS

By: _s/ Alexander H. Burke_

Alexander H. Burke
BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
Telephone: (312) 729-5288
aburke@burkelawllc.com

Larry P. Smith
David Marco
SMITHMARCO, P.C.
55 W Monroe St., Suite 1200
Chicago, IL 60603
Telephone: (888) 822-1777
lsmith@smithmarco.com
dmarco@smithmarco.com

*Counsel for Plaintiff*

## PROOF OF SERVICE

I hereby certify that, on December 20, 2018, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing to all

counsel of record.

*s/ Alexander H. Burke*