UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN SAUNDERS,

        Plaintiff,                                 Case No. 1:17-cv-335

v.                                              Hon. Gordon J. Quist

DYCK O'NEAL, INC.,

        Defendant.
_____/

**ORDER**

        Pending before the Court is "Defendant's Objection/Request for Clarification of Magistrate Judge's Order" (ECF No. 134), which has been referred to the undersigned.  Upon due consideration, the motion is **DENIED.**

        **IT IS SO ORDERED.**

Dated:  January 9, 2020                       /s/ Ray Kent
                                                    RAY KENT
                                                      United States Magistrate Judge